

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| John David Hill, Appellant<br><br>No. 06-17-00164-CR      v.<br><br>The State of Texas, Appellee | Appeal from the 402nd District Court of Wood County, Texas (Tr. Ct. No. 22,912-2016).  Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating. |

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment to reflect the degree of the offense as a third degree felony.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, John David Hill, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED MARCH 23, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk